■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE BECKWITH, Appellant. [620 NYS2d 988] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Byrne, J.), rendered April 25, 1994, revoking

a sentence of imprisonment previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the fourth degree.

Ordered that the amended judgment is affirmed.

The defendant pleaded guilty to a violation of probation and the court imposed the promised sentence. Therefore, the defendant has no cause to complain that the sentence imposed is excessive *(see, People v Kazepis,* 101 AD2d 816, 817).

We decline to exercise our interest of justice jurisdiction to reduce the defendant's sentence. Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.